UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**GLENN DAMOND (#1200123529)**

**VERSUS**

**STATE OF LOUISIANA, ET AL.**

**CIVIL ACTION**

**NO.   20-437-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.9) dated September 3, 2020, to which an objection was filed (Doc. 11);

**IT IS ORDERED** that the Court declines the exercise of supplemental jurisdiction over any potential state law claims, and that this action is dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.[1]

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on September 28, 2020.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

1 The plaintiff is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings *in forma pauperis*] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."